UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PREMIER TOOL & DIE CAST
CORPORATION and PREMIER
TOOL & DIE CAST CORPORATION
GROUP HEALTH PLAN,

        Plaintiffs,        CIVIL ACTION NO. 12-15685

vs.        HON. GEORGE CARAM STEEH

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

        Defendant.
_____/

ORDER DENYING PLAINTIFFS' SEALED
MOTION FOR CONSOLIDATION (DOC. # 13)

Before the court is plaintiffs' motion for consolidation of the instant case with nine related cases or–alternatively–to reassign this case to Judge Roberts as a companion to other, older cases on her docket. All of the other courts to consider this request have denied the motion for the reasons that they are without the authority to order the consolidation, as the other cases are assigned to different courts, or order reassignment absent the consent of Judge Roberts.[1]

While it appears that there are many potential benefits of a limited pre-trial consolidation, there are alternate ways of scheduling discovery and motion deadlines in this matter in order to realize the benefits of pretrial activities in related matters. Given

---

[1] See, e.g., Judge Friedman's order of February 12, 2013 in Terryberry Company, L.L.C., et al. v. Blue Cross Blue Shield of Michigan, # 12-CV-15612 (Doc. # 19) (collecting cases).

-1-

the orders already issued in at least four of the pending cases, the court will likewise **DENY** the motion at this juncture.

    **IT IS SO ORDERED**.

Dated:  May 3, 2013

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 3, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---